*Assistant Attorney General Caudle, Ellis N. Slack* and *S. Walter Shine* for respondent.

No. 203.  PARIS ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. ET AL.  C. A. 2d Cir.  Certiorari denied.  *Louis B. Boudin* for petitioners.  *Burton A. Zorn* and *Eugene Eisenmann* for the Metropolitan Life Insurance Co., respondent.

No. 207.  LADNER ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Webb M. Mize* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 208.  ATLANTIC COAST LINE RAILROAD Co. *v.* McCREADY.  Supreme Court of South Carolina.  Certiorari denied.  *Charles Cook Howell* and *V. E. Phelps* for petitioner.

No. 210.  STONE *v.* STRICKLAND TRANSPORTATION Co. C. A. 5th Cir.  Certiorari denied.  *Dorsey Hardeman* for petitioner. *Cleo G. Clayton, Sr.* for respondent.

No. 211.  KELLEY *v.* UNION TANK & SUPPLY Co. C. A. 5th Cir.  Certiorari denied.  *Dorsey Hardeman* for petitioner.  *Chas C. Crenshaw* for respondent.

No. 213.  BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *George H. Koster* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle,*